IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA YOUNG, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :   Case No: 19-564 |
| | : |
| Defendant, | : |
| | : |
| MIDWEST RECOVERY | : |
| SYSTEMS, LLC. | : |

## DEFENDANT MIDWEST RECOVERY SYSTEMS LLC'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Southern District of Alabama, the undersigned counsel of record for Defendant Midwest Recovery Systems LLC ("Midwest") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

Parent Companies: Midwest Recovery Systems LLC is not owned by any Parent Companies.

{W0635551.1 }

1.  Subsidiaries Not Wholly Owned:  Midwest Recovery Systems has no subsidiaries.

2.  Publicly Held Companies:  There are no publicly held corporations owning 10% or more of its stock.

Dated:  August 21, 2019

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III (asb-3971-m73n)
*Attorney for the Defendant Midwest Recovery Systems, LLC*

**OF COUNSEL:**
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
205.879.8722 (telephone)
205.879.8831 (telecopier)
NDM@ffmylaw.com (email)

## CERTIFICATE OF SERVICE

This is to certify that on this the **21st** day of **August, 2019**, a copy of the foregoing document was served upon parties to this proceeding via US Mail:

Lakeisha Young
154 Thompson Blvd
Chickasaw, AL 36611

/s/Neal D. Moore, III
Of Counsel