Pro Se
154 Thompson blvd.
Chickasaw, AL 36611

CIVIL COURT OF MOBILE, ALABAMA

Lakeisha Young,                             Case No. :  19-564-K-D

      **Plaintiff,**                        **Response to Motion**

Vs.

**Midwest Recovery Systems LLC,**

      **Defendant,**

Plaintiff Lakeisha Young brings forth the following causes of action and alleges the following:

1. The Defendant known as Midwest Recovery Systems LLC, has violated both State and Federal laws.

2. The Plaintiff provided a written explanation to the Civil Circuit Court Clerk about the complaint via Pro Se. The Plaintiff was then instructed by the Civil Circuit Court Clerk of Mobile County to file her complaint in that jurisdiction because the amount of compensation requested by the Plaintiff is $50,000. The Federal Judicial Center website states that, Federal courts will hear cases between citizens of different states if the amount exceeds $75,000 https://fjc.adobeconnect.com/pjisywj7xp1a/ .

3. On or about May 20, 2019 the Defendant called the Plaintiff's cell phone without consent and was asked by the Plaintiff to cease and desist from calling.

4.     The Defendant ignored the Plaintiff's request for 3 months and continued to call the Plaintiff's cell phone without consent. This is a violation of the Telephone Consumer Protection Act (47 U.S.C. § 227) a public law for all consumers.

5.     The Telephone Consumer Protection Act (47 U.S.C. § 227 47 CFR 64.1200) also prohibits calls to cellular phones without written consent. Although the Defendant's irritant calls did not concern anything federal, Midwest Recovery Systems LLC, is required to adhere to federal guidelines.

6.     The Defendant is granted access to the Federal Do Not Call list and is held accountable for neglecting to update their personal records. Obviously the Defendant does not keep records of the DNC, and have been violating Federal guidelines for sometime. The Plaintiff has been on the Federal DNC since November 19, 2017.

7.     The Defendant unfairly reported derogatory information on the Plaintiff's credit report causing a significant decrease in her creditworthiness that blocked out all opportunities for growth and/or investments.

8.     The Defendant made false claims that the Plaintiff and Midwest Recovery Systems LLC, had a contract for payment of medical services and debts. The Defendant provided absolutely no original indebtedness for Lakeisha Young and Midwest Recovery Systems LLC, upon request. The motions made by the Defendant are violations of the Fair Debt Collection Practices Act (FDCPA).

9.     Midwest Recovery Systems LLC, is not a medical billing agency. They are merely relying on debts that have already been compensated for by the original owners. The attempt to re-age a medical debt requires that private information is shared without consent. Midwest recovery has many employees viewing one's

private medical data and information without consent. This violates the Health Insurance Portability and Accountability Act of 1996 known as (HIPAA).

The Plaintiff brings forth the following counts and allegations supporting her cause of action:

### **Negligence**

The Plaintiff made complaints to the Better Business Bureau about the above allegations and was ignored by the Defendant. The Plaintiff also made complaints to the Consumer Protection Agency and was ignored again. Midwest Recovery Systems LLC, has been a nuisance to my family and I. They have caused a defaming misrepresentation of my characteristics and my image to the republic in which I stand as a veteran of war, mother, and paying citizen. The Defendant's misconduct is a crime and is punishable by law.

### **Damages**

WHEREFORE, Plaintiff seeks (under-estimated) compensatory damages in the amount of $50,000 in fines, penalties and repeated violations made by the Defendant.

Dated on this day of September 4, 2019

*Lakeisha Young* x
154 Thompson blvd.
Chickasaw, AL 36611
214-530-1517
or
205-519-0212